IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **DONNELLE MILSON** | ) | |
| | ) | **Case No. 3:23-cv-00290** |
| v. | ) | **Judge Richardson** |
| | ) | **Magistrate Judge Holmes** |
| **TRI-STAR ENERGY, LLC** | ) | |

**O R D E R**

A status/case management conference was held on February 8, 2024. Counsel participating were: Russ Bryant for Plaintiff and Stanley Graham for Defendant. Counsel advised the Court that they are close to reaching a resolution of this case. To allow additional time for the parties' efforts at settlement, they must, by no later than **February 22, 2024**, file either a (i) joint notice of settlement or joint case resolution status report updating the Court on the status of settlement discussions or (ii) a joint motion to reschedule the follow up case management to finalize the case management schedule (*see* Docket No. 19).

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge